WILLIAM E. WOOLLARD, Appellant, *v.* SCHAFFER STORES COMPANY, INC., Respondent, Impleaded with Another.

Submitted January 25, 1937; decided March 2, 1937.

Motion for a reargument and to amend the remittitur denied, with ten dollars costs and necessary printing disbursements.   (See 272 N. Y. 304.)

MARIE Z. HORNKOHL, Appellant, *v.* BOARD OF EDUCATION OF THE CITY OF NEW YORK et al., Respondents.

Submitted January 25, 1937; decided March 2, 1937.

*Arthur C. Mandel* for motion.

*Paul Windels, Corporation Counsel* (*Paxton Blair* and *Arthur Bainbridge Hoff* of counsel), opposed.

Motion denied, with ten dollars costs and necessary printing disbursements, on the ground the order is not final.